IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-MJW

HOME DIVISION SERVICES, INC.,

 Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
BURKE CONSTRUCTION CO., INC.;
THOMAS M. BURKE;
PETER BAUGHART;
W.D. CHRISTIANSON;
CHUCK LOPEZ CONSTRUCTION, INC.;
CHARLES A. LOPEZ;
LAWANA J. LOPEZ;
ROUNE M. BROWN;
GARY DERUSH;
CARL ROLLER;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
DONALD HOFIUS d/b/a HOFIUS CONSTRUCTORS;
MARGERET S. DOOSE;
STEVEN HEINEMANS;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
J. G. MOLZAHN CONSTRUCTION, INC.;
JERRY G. MOLZAHN;
LINDA L. MOLZAHN;
JARED P. MOLZAHN;
DARRIN R. WADE;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
G. JAMES CAAN HOOPER;
DANIEL C. HOOPER;
MAVES CONSTRUCTION, INC.;

MIKE MAVES CONSTRUCTION CO.;
MICHAEL D. MAVES;
MATHEW L. CHAMBERLAIN;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
MONUMENT HOMES, LLC;
KEITH POCKROSS;
GARY H. DEAN;
JAMES WEST;
PRUETT HOMES, LLC;
M. BRENT PRUETT;
JULIE A. PRUETT;
JOE LOBATO;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
SIGUR C. STAVRAN;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE;
ROBERT A. WHITE; and
TRIPLE D HOMES,

     Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (# 69), filed March 14, 2006. Having reviewed the Notice and being otherwise fully advised, it is

     ORDERED that Count III, Count XXVI, and Count XXXI of Plaintiff's Complaint

are **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Burke Construction Company, Inc. is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Thomas M. Burke is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Peter Baughart is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Margaret Doose is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Monument Homes, LLC is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Keith Pockross is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Gary Dean is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Jim West is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Hofius Construction is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Robert Dorssey is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Dorssey Builders is **DISMISSED WITHOUT**

**PREJUDICE**.

Dated:  March 16, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge