UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-MJW

HOME DESIGN SERVICES, INC.,                    )

Plaintiff,
                                               )
v.                                             )
                                               )
B&B CUSTOM HOMES, LLC, DAVID BAGG,             )
DENISE BAGG, BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,             )
BURKE CONSTRUCTION CO., INC.,                  )
THOMAS M. BURKE, PETER BAUGHART,
W.D. CHRISTIANSON, CHUCK LOPEZ                 )
CONSTRUCTION, INC., CHARLES A. LOPEZ,          )
LAWANA J. LOPEZ, ROUNE M. BROWN,               )
GARY DERUSH, CARL ROLLER, FRED BISHOP
ENTERPRISES, INC., FRED W. BISHOP, III,        )
DONALD HOFIUS D/B/A HOFIUS CONSTRUCTORS,       )
MARGARET S. DOOSE, STEVEN HEINEMANS,           )
TODD HOLGATE, INFINITY BUILDERS, INC.          )
F/K/A CASTLE HOMES, INC., WILLIAM J.
FITZGERALD, J.G. MOLZAHN CONSTRUCTION, INC.,
JERRY G. MOLZAHN, LINDA L. MOLZAHN,            )
JARED P. MOLZAHN, DARRIN R. WADE, CHRIS
KENDRICK D/B/A CHRIS KENDRICK                  )
CONSTRUCTION, G. JAMES CAAN HOOPER,            )
DANIEL C. HOOPER, MAVES CONSTRUCTION,          )
INC., MIKE MAVES CONSTRUCTION CO.,             )
MICHAEL D. MAVES, MATTHEW L. CHAMBERLAIN,      )
MERRITT CONSTRUCTION, INC., MERRIT L.          )
SIXBY, JR., SUSAN MARIE SIXBY, MONUMENT
HOMES, LLC, KEITH POCKROSS, GARY H. DEAN,
JAMES WEST, PRUETT HOMES, LLC, M. BRENT
PRUETT, JULIE A. PRUETT, JOE LABATO, ROAN
CLIFF CORPORATION, CHERI JO WITT-BROWN,        )
BRIAN ALBERT HURFORD, CRAIG M. GRANLUND,
CRAIG J. CHERRY, PAUL RIENSHE,                 )
S&J CONSTRUCTION, INC., ANTON ENGLBRECHET,     )
SERRA CONSTUCTION, INC., GARY L. POUSH,
SANDRA L. DORR, SIGUR C. STAVRAN, STONE CREEK  )
HOMES, INC., LAUREN J. WHITE, ROBERT A. WHITE,
TRIPLE D. HOMES,                               )
                                               )
Defendants                                     )

~~PROPOSED~~ ORDER OF DEFENDANTS GARY DERUSH, TRIPLE D HOMES, MAVES
CONSTRUCTION, INC., MIKE MAVES CONSTRUCTION CO. AND MICHAEL D.
MAVES', RE: MOTION FOR INTERDIVISION TRANSFER OF PRETRIAL MATTERS
AND FOR RESCHEDULING OF SCHEDULING/PLANNING CONFERENCE

C Docket no 051

THE COURT, having reviewed the Motion of Defendants Gary Derush, Triple D Homes, Maves Construction, Inc., Mike Maves Construction Co. and Michael D. Maves requesting transfer of pretrial matters to Grand Junction and for Rescheduling of the Scheduling/Planning Conference scheduled for April 18, 2006, finds that said Motion is proper and hereby ORDERS

THAT all pre-trial matters in this case are hereby transferred to the Grand Junction Division, and that the Scheduling/Planning Conference currently scheduled for April 18, 2006 (and all related deadlines flowing therefrom and from the Court's Order dated February 23, 2006) are hereby vacated until after the case is transferred to the Grand Junction Division, to be rescheduled by Magistrate Judge Rice.

~~OR ALTERNATIVELY, the Court hereby rules that the responsive briefing schedule regarding this Motion be expedited, and that any party opposing this Motion shall have through and including _____, 2006, in which to file a response.~~

DATED this 31st day of March, 2006.

_____
~~DISTRICT COURT MAGISTRATE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

G:\DATA90\90390205\Pleadings\Order Transfer pretrial.wpd