IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-MJW

HOME DIVISION SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
BURKE CONSTRUCTION CO., INC.;
THOMAS M. BURKE;
PETER BAUGHART;
W.D. CHRISTIANSON;
CHUCK LOPEZ CONSTRUCTION, INC.;
CHARLES A. LOPEZ;
LAWANA J. LOPEZ;
ROUNE M. BROWN;
GARY DERUSH;
CARL ROLLER;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
DONALD HOFIUS d/b/a HOFIUS CONSTRUCTORS;
MARGERET S. DOOSE;
STEVEN HEINEMANS;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
J. G. MOLZAHN CONSTRUCTION, INC.;
JERRY G. MOLZAHN;
LINDA L. MOLZAHN;
JARED P. MOLZAHN;
DARRIN R. WADE;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
G. JAMES CAAN HOOPER;
DANIEL C. HOOPER;
MAVES CONSTRUCTION, INC.;

MIKE MAVES CONSTRUCTION CO.;
MICHAEL D. MAVES;
MATHEW L. CHAMBERLAIN;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
MONUMENT HOMES, LLC;
KEITH POCKROSS;
GARY H. DEAN;
JAMES WEST;
PRUETT HOMES, LLC;
M. BRENT PRUETT;
JULIE A. PRUETT;
JOE LOBATO;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
SIGUR C. STAVRAN;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE;
ROBERT A. WHITE; and
TRIPLE D HOMES,

     Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [# 135], filed April 4, 2006. The Notice seeks dismissal without prejudice of Defendants Pruett Homes, LLC, M. Brent Pruett, and Julie A. Pruett. Having reviewed the Notice and being otherwise fully advised, it is

ORDERED that Defendant Pruett Homes, LLC is **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that Defendant M. Brent Pruett is **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that Defendant Julie A Pruett is **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that The Pruett Defendants' Motion to Dismiss [# 70], filed March 14, 2006, is **DENIED AS MOOT**.

Dated: April 5, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge