IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-MJW

HOME DIVISION SERVICES, INC.,

     Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
CHUCK LOPEZ CONSTRUCTION, INC.;
CHARLES A. LOPEZ;
LAWANA J. LOPEZ;
ROUNE M. BROWN;
GARY DERUSH;
CARL ROLLER;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
STEVEN HEINEMANS;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
J. G. MOLZAHN CONSTRUCTION, INC.;
JERRY G. MOLZAHN;
LINDA L. MOLZAHN;
JARED P. MOLZAHN;
DARRIN R. WADE;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
G. JAMES CAAN HOOPER;
DANIEL C. HOOPER;
MAVES CONSTRUCTION, INC.;
MIKE MAVES CONSTRUCTION CO.;
MICHAEL D. MAVES;
MATHEW L. CHAMBERLAIN;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;

ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
SIGUR C. STAVRAN;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE;
ROBERT A. WHITE; and
TRIPLE D HOMES,

     Defendants.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal With

Prejudice [# 162], filed April 12, 2006, which requests that Defendants J.G. Molzahn

Construction, Inc., Jerry G. Molzahn, Linda L. Molzahn, Jared P. Molzahn, and Darrin

R. Wade be dismissed from this matter with prejudice.  Having reviewed the notice and

being fully advised, it is

ORDERED that Defendant J.G. Molzahn Construction, Inc. is **DISMISSED WITH**

**PREJUDICE**.  It is

FURTHER ORDERED that Defendant Jerry G. Molzahn is **DISMISSED WITH**

**PREJUDICE**.  It is

FURTHER ORDERED that Defendant Linda L. Molzahn is **DISMISSED WITH**

**PREJUDICE**.  It is

FURTHER ORDERED that Defendant Jared P. Molzahn is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that Defendant  Darrin R. Wade is **DISMISSED WITH PREJUDICE**.

Dated:  April 13, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge