IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC; DAVID BAGG;
DENISE BAGG, BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT; JOHN J. BENNETT;
CHUCK LOPEZ CONSTRUCTION, INC.; CHARLES
A. LOPEZ; LAWANA J. LOPEZ; ROUNE M. BROWN;
GARY DERUSH; CARL ROLLER; FRED BISHOP
ENTERPRISES, INC.; FRED W. BISHOP, III;
DONALD HOFIUS dba HOFIUS CONSTRUCTORS;
STEVEN HEINEMANS; TODD HOLGATE;
INFINITY BUILDERS, INC. fka CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD; J. G. MOLZAHN
CONSTRUCTION, INC.; JERRY G. MOLZAHN;
LINDA L. MOLZAHN; JARED P. MOLZAHN;
DARRIN R. WADE; CHRIS KENDRICK dba
CHRIS KENDRICK CONSTRUCTION; G. JAMES
CAAN HOOPER; DANIEL C. HOOPER; MAVES
CONSTRUCTION, INC.; MIKE MAVES
CONSTRUCTION CO.; MICHAEL D. MAVES;
MATTHEW L. CHAMBERLAIN; MERRITT
CONSTRUCTION, INC.; MERRITT L. SIXBEY, JR.;
SUSAN MARIE SIXBEY; JAMES WEST;
ROAN CLIFF CORPORATION; CHERI JO
WITT-BROWN; BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND; CRAIG J. CHERRY;
PAUL RIENSCHE; S&J CONSTRUCTION, INC.;
ANTON ENGLBRECHET; SERRA CONSTRUCTION,
INC.; GARY L. POUSH; SANDRA L. DORR;
SIGUR C. STAVRAN; STONE CREEK HOMES, INC.;
LAUREN J. WHITE; ROBERT A. WHITE; and
TRIPLE D HOMES,

Defendants.

---

ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD PARTIES
AND TO BE EXCUSED FROM LOCAL RULE 7.1(A) COMPLIANCE

---

Plaintiff's Motion to Amend Complaint to Add Parties and to be Excused from Local Rule 7.1(A) Compliance is denied for failure to comply with Local Rules. All parties shall comply with Local Rules.

Dated this 7th day of April, 2006.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge