UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

      Plaintiff,

   vs.

B&BCUSTOM HOMES, LLC, DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC., LARRY W. BENNETT,
JOHN J. BENNETT, BURKE CONSTRUCTION CO, INC.,
THOMAS M. BURKE, PETER BAUGHART,
W.D. CHRISTIANSON,CHUCK  LOPEZ CONSTRUCTION, INC.,
CHARLES A. LOPEZ, LAWANA J. LOPEZ, ROUNE M. BROWN,
GARY DERUSH, CARL ROLLER, FRED BISHOP
ENTERPRISES, INC.,FRED W. BISHOP, III, DONALD HOFIUS
D/B/A HOFIUS CONSTRUCTORS, MARGERET S. DOOSE,
STEVEN HEINEMANS, TODD HOLGATE,
INFINITY BUILDERS, INC. F/K/A CASTLE HOMES,INC,
WILLIAM J. FITZGERALD, J.G. MOLZAHN
CONSTRUCTION, INC., JERRY G. MOLZAHN,
LINDA L MOLZAHN,JARED P. MOLZAHN,DARRIN R. WADE,
CHRIS KENDRICK D/B/A CHRIS KENDRICK CONSTRUCTION,
G. JAMES CAAN HOOPER, DANIEL C. HOOPER, MAVES
CONSTRUCTION, INC.,  MIKE MAVES CONSTRUCTION CO.
MICHAEL D. MAVES, MATHEW L. CHAMBERLAIN,
MERRITT CONSTRUCTION, INC., MERRIT L. SIXBY, JR.,
SUSAN MARIE SIXBY,  MONUMENT HOMES, LLC,
KEITH POCKROSS, GARY H. DEAN, JAMES WEST,
PRUETT HOMES, LLC, M. BRENT PRUETT,
JULIE A. PRUETT, JOE LABATO,ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN, BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND, CRAIG J. CHERRY, PAUL RIENSHE
S & J CONSTRUCTION, INC., ANTON ENGLBRECHET,
SERRA CONSTRUCTION, INC.,  GARY L. POUSH,
SANDRA L. DORR, SIGUR C. STAVRAN,
STONE CREEK HOMES, INC.,   LAUREN J. WHITE,
ROBERT A. WHITE, TRIPLE D HOMES,

      Defendants.

_____

## ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD PARTIES

THIS MATTER comes before the Court on Plaintiff's Motion to Amend Complaint to Add Parties (Doc 198). Having reviewed the Motion and being otherwise fully advised, it is hereby

ORDERED that Plaintiff can and shall amend the Complaint to add Steve and Julianne Stremel as parties in this action.

Dated: May 8, 2006.

BY THE COURT:

s/Gudrun Rice

_____
Gudrun Rice
United States Magistrate Judge

Copies to: All on Distribution List