IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
CHUCK LOPEZ CONSTRUCTION, INC.;
CHARLES A. LOPEZ;
LAWANA J. LOPEZ;
GARY DERUSH;
CARL ROLLER;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
STEVEN HEINEMANS;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
G. JAMES CAAN HOOPER;
DANIEL C. HOOPER;
MAVES CONSTRUCTION, INC.;
MIKE MAVES CONSTRUCTION CO.;
MICHAEL D. MAVES;
MATHEW L. CHAMBERLAIN;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;

S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE;
ROBERT A. WHITE; and
TRIPLE D HOMES,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal without Prejudice [# 226], filed May 2, 2006.  The Notice seeks dismissal without prejudice of Defendants Chuck Lopez Construction, Inc., Charles A. Lopez, and Lawana J. Lopez. Having reviewed the Notice and being otherwise fully advised, it is

ORDERED that Defendant Chuck Lopez Construction, Inc. is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Defendant Charles A. Lopez is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Defendant Lawana J. Lopez is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 16, 2006

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge