IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
GARY DERUSH;
CARL ROLLER;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
MAVES CONSTRUCTION, INC.;
MIKE MAVES CONSTRUCTION CO.;
MICHAEL D. MAVES;
MATHEW L. CHAMBERLAIN;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;

LAUREN J. WHITE;
ROBERT A. WHITE; and
TRIPLE D HOMES,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [# 259], filed June 21, 2006.  The Notice seeks dismissal with prejudice of Defendants Gary Derush and Carl Roller.  Having reviewed the Notice and being otherwise fully advised, it is

ORDERED that Defendant Gary Derush is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that Defendant Carl Roller is **DISMISSED WITH PREJUDICE**.

Dated:  June 22, 2006

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge