IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
MAVES CONSTRUCTION, INC.;
MIKE MAVES CONSTRUCTION CO.;
MICHAEL D. MAVES;
MATHEW L. CHAMBERLAIN;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and

ROBERT A. WHITE,
    Defendants.

---

### ORDER

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [# 268], filed June 27, 2006.  The Notice seeks dismissal with prejudice of Defendants Maves Construction, Mike Maves Construction Co., Michael D. Maves, and Matthew L. Chamberlain.  Having reviewed the Notice and being otherwise fully advised, it is

ORDERED that Defendant Maves Construction is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that Defendant Mike Maves Construction Co. is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that Defendant Michael D. Maves is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that Defendant Matthew L. Chamberlain is **DISMISSED WITH PREJUDICE**.

Dated:  June 28, 2006

            BY THE COURT:


            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            U. S. District Judge