IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC; et al.,

    Defendants.

---

ORDER RE: MOTION FOR CLARIFICATION OF COURT'S MINUTES OF MAY 2, 2006, STATUS CONFERENCE OF DEFENDANTS ROAN CLIFF CORPORATION, CHERI WITT-BROWN, BRIAN ALBERT HURFORD, CRAIG M. GRANLUND, AND CRAIG J. CHERRY

---

    The Motion to Clarify the minutes is granted.

    The minutes shall be amended to reflect the inclusion of the Roan Cliff Defendants in the August 24 and August 25, 2006 settlement conferences.

    Further, the Roan Cliff Defendants are scheduled for a settlement conference on August 25, 2006 at 9:00 a.m.

    Dated this 11th day of July, 2006.

    BY THE COURT:

    s/Gudrun Rice

    Gudrun Rice
    United States Magistrate Judge