IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC; et al.,

    Defendants.

---

ORDER RE: DEFENDANTS' JOINDER IN DEFENDANT JOHN BENNETT'S
OBJECTION TO PLAINTIFF'S PROPOSED SCHEDULING ORDER

---

    The Motion for Joinder re: objections to Plaintiff's proposed scheduling order is granted.

    Dated this 13th day of July, 2006.

                                         BY THE COURT:

                                         s/Gudrun Rice

                                         Gudrun Rice
                                         United States Magistrate Judge