UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR           )
                                               )
HOME DESIGN SERVICES, INC.,                    )
                                               )
Plaintiff,                                     )
                                               )
v.                                             )
                                               )
B&B CUSTOM HOMES, LLC, DAVID BAGG,             )
DENISE BAGG, BENNETT CONSTRUCTION, INC.,       )
LARRY W. BENNETT, JOHN J. BENNETT,             )
BURKE CONSTRUCTION CO., INC.,                  )
THOMAS M. BURKE, PETER BAUGHART,               )
W.D. CHRISTIANSON, CHUCK LOPEZ                 )
CONSTRUCTION, INC., CHARLES A. LOPEZ,          )
LAWANA J. LOPEZ, ROUNE M. BROWN,               )
GARY DERUSH, CARL ROLLER, FRED BISHOP          )
ENTERPRISES, INC., FRED W. BISHOP, III,        )
DONALD HOFIUS D/B/A HOFIUS CONSTRUCTORS,       )
MARGARET S. DOOSE, STEVEN HEINEMANS,                       )
TODD HOLGATE, INFINITY BUILDERS, INC.          )
F/K/A CASTLE HOMES, INC., WILLIAM J.           )
FITZGERALD, J.G. MOLZAHN CONSTRUCTION, INC.,   )
JERRY G. MOLZAHN, LINDA L. MOLZAHN,            )
JARED P. MOLZAHN, DARRIN R. WADE, CHRIS        )
KENDRICK D/B/A CHRIS KENDRICK                  )
CONSTRUCTION, G. JAMES CAAN HOOPER,            )
DANIEL C. HOOPER, MAVES CONSTRUCTION,          )
INC., MIKE MAVES CONSTRUCTION CO.,             )
MICHAEL D. MAVES, MATTHEW L. CHAMBERLAIN,                  )
MERRITT CONSTRUCTION, INC., MERRIT L.          )
SIXBY, JR., SUSAN MARIE SIXBY, MONUMENT        )
HOMES, LLC, KEITH POCKROSS, GARY H. DEAN,      )
JAMES WEST, PRUETT HOMES, LLC, M. BRENT        )
PRUETT, JULIE A. PRUETT, JOE LABATO, ROAN      )
CLIFF CORPORATION, CHERI JO WITT-BROWN,        )
BRIAN ALBERT HURFORD, CRAIG M. GRANLUND,       )
CRAIG J. CHERRY, PAUL RIENSHE,                 )
S&J CONSTRUCTION, INC., ANTON ENGLBRECHET,     )
SERRA CONSTUCTION, INC., GARY L. POUSH,        )
SANDRA L. DORR, SIGUR C. STAVRAN, STONE CREEK  )
HOMES, INC., LAUREN J. WHITE, ROBERT A. WHITE, )
TRIPLE D HOMES,                                )
                                               )
Defendants.                                    )
                                               )

### ORDER RE: MOTION FOR LEAVE OF COURT TO FILE THIRD PARTY COMPLAINT BY CHRIS KENDRICK, dba CHRIS KENDRICK CONSTRUCTION

The Defendant Chris Kendrick, dba Chris Kendrick Construction., ("Kendrick" herein), has filed a motion for leave to file a Third Party Complaint against Pam and Kirt Jewkes (Document #283, filed on August 2, 2006, referred by District Judge Wiley Y. Daniel to Magistrate Judge Gudrun Rice on August 3, 2006).

This Court, having reviewed the motion for leave of court to file a Third Party Complaint filed by Chris Kendrick and finding no objection to the motion, hereby orders that Chris Kendrick, dba Chris Kendrick Construction, is granted leave of Court to file its Third Party Complaint attached as Exhibit "A" to its motion, and that said Complaint is deemed filed as of the date of the entry of this Order.

IT IS SO ORDERED.

DATED this 22nd day of August, 2006.

BY THE COURT:

s/Gudrun Rice

_____
Gudrun Rice
U.S. Magistrate Judge