IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
TODD HOLGATE;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
CHRIS KENDRICK, d/b/a CHRIS KENDRICK CONSTRUCTION;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and
ROBERT A. WHITE,
    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [# 299], filed September 5, 2006.  The Notice seeks dismissal with prejudice of Defendant Chris Kendrick d/b/a Chris Kendrick Construction.  Having reviewed the Notice and being otherwise fully advised, it is

ORDERED that Defendant Chris Kendrick d/b/a Chris Kendrick Construction is **DISMISSED WITH PREJUDICE**.

Dated:  September 6, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge