UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,
          Plaintiff,
      vs.
B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP, ENTERPRISES, INC.,
FRED W. BISHOP, III,
TODD HOLGATE,
INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC,
WILLIAM J. FITZGERALD,
CHRIS KENDRICK D/B/A CHRIS KENDRICK CONSTRUCTION,
MERRITT CONSTRUCTION, INC.,
MERRIT L. SIXBY, JR.,
SUSAN MARIE SIXBY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE
S & J CONSTRUCTION, INC.,
ANTON ENGLBRECHET,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE,
ROBERT A. WHITE,

          Defendants.

---

## ORDER ON ORE TENUS MOTION FOR ENLARGEMENT OF TIME TO EFFECT SERVICE OF PROCESS ON DEFENDANTS AND MOTION TO SEVER

THIS MATTER came before the Court On August 24, 2006, on Plaintiff's *Ore Tenus* Second Amended Motion for an Enlargement of Time within which to effect service on Defendants, WILLIAM FITZGERALD, and INFINITY BUILDERS f/k/a CASTLE HOMES, INC., and Plaintiff's *Ore Tenus* Motion to Sever, and the Court, having received no objection from any defense counsel, and being otherwise fully advised, hereby ORDERS that Plaintiff is granted an additional forty-five (45) days from the date of this Order within which to effect service on Defendants, WILLIAM FITZGERALD and INFINITY BUILDERS f/k/a CASTLE HOMES, INC.. However, due to the delay, the Court hereby severs Defendants, WILLIAM FITZGERALD and INFINITY BUILDERS f/k/a CASTLE HOMES, INC.. from the remainder of this case. Upon perfection of service on these Defendants, Plaintiff and these Defendants shall treat their claims separately and proceed accordingly.

Dated: September 19, 2006.

BY THE COURT:

s/Gudrun Rice

_____
Gudrun Rice
United States Magistrate Judge