IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and
ROBERT A. WHITE,
     Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on a Stipulation for Voluntary Dismissal With Prejudice [# 337], filed November 28, 2006.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants Stone Creek Homes, Inc., Lauren J. White and Robert J. White should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation for Voluntary Dismissal With Prejudice is **APPROVED**; and that Plaintiff's claims Defendants Stone Creek Homes, Inc., Lauren J. White and Robert J. White are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  December 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge