IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC; et al.,

    Defendants.

---

ORDER RE: MOTION FOR CONTEMPT AND FOR SANCTIONS

---

The Plaintiff 's motion for contempt and for sanctions (Document 329) against the Defendant Anton Englbrecht for failure to comply with the Court's Scheduling Order by failing to serve responses to the Plaintiff 's requests for production and interrogatories and to serve Rule 26(a)(1) initial disclosures is **Denied** as moot, the Defendant Englbrecht having responded to Plaintiff 's request for production and interrogatories on November 3, 2006.  The Court declines to impose sanctions on the Defendant on this occasion but puts the Defendant on notice that should there be further delays in complying with discovery requests or with the Scheduling Order the Defendant risks the imposition of sanctions.

Dated this 1st day of February, 2007.

        BY THE COURT:

        s/Gudrun Rice

        _____
        Gudrun Rice
        United States Magistrate Judge