IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and
ROBERT A. WHITE,
    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on a Notice of Voluntary Dismissal With Prejudice [# 400], filed March 1, 2007.  After careful review of the file, the Court has concluded that the notice should be approved and that the Third Party Plaintiffs Chris Kendrick d/b/a Chris Kendrick Construction, Stone Creek Homes, Inc., Lauren J. White, and Robert A. White's claims against the Third Party Defendants Kirt Jewkes, Pam Jewkes, Ken Bouldin, Doug Schminke, and Melinda Schminke should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Notice of Voluntary Dismissal With Prejudice [# 400] is **APPROVED**; and that the Third Party Plaintiffs Chris Kendrick d/b/a Chris Kendrick Construction, Stone Creek Homes, Inc., Lauren J. White, and Robert A. White's claims against the Third Party Defendants Kirt Jewkes, Pam Jewkes, Ken Bouldin, Doug Schminke, and Melinda Schminke are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.  It is

FURTHER ORDERED that counsel for the Third Party Plaintiffs, Younge & Hockensmith, P.C., be removed from service.

Dated:  March 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge