UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, DAVID BAGG, DENISE BAGG, BENNETT CONSTRUCTION, INC., LARRY W. BENNETT, JOHN J. BENNETT, BURKE CONSTRUCTION CO., INC., W.D. CHRISTIANSON, CHUCK LOPEZ CONSTRUCTION, INC., LAWANA J. LOPEZ, ROUNE M. BROWN, GARY DERUSH, CARL ROLLER, FRED BISHOP ENTERPRISES, INC., FRED W. BISHOP III, STEVEN HEINEMANS, TODD HOLGATE, INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC., WILLIAM J. FITZGERALD, J.G. MOLZAHN CONSTRUCTION, INC., JEERY G. MOLZAHN, LINDA L.MOLZAHN, JARED P. MOLZAHN, DARRIN R. WADE, CHRIS KENDRICK D/B/A CHRIS KENDRICK CONSTRUCTION,G. JAMES CAAN HOOPER, DANIEL C. HOOPER, MAVES CONSTRUCTION, INC., MIKE MAVES CONSTRUCTION, CO., MICHAEL D. MAVES, MATTHEW L. CHAMBERLAIN, MERRITT CONSTRUCTION, INC., MERRITT L. SIXBY, JR.,SUSAN MARIE SIXBY, PRUETT HOMES,LLC, M. BRENT PRUETT, JULIE A. PRUETT, JOE LABATO, ROAN CLIFF CORPORATION, CHERI JO WITT-BROWN, BRIAN ALBERT HURFORD, CRAIG M. GRANLUND, CRAIG J.CHERRY, PAUL RIENSHE, S & J CONSTRUCTION, INC., ANTON ENGLBRECHET, GARYL. POUSH, SANDRA L. DORR, SIGUR C. STAVRAN, STONE CREEK HOMES, INC., LAUREN J. WHITE, ROBERT A. WHITE, TRIPLE D. HOMES.

    Defendants.

---

**ORDER GRANTING JOINT REQUEST FOR EXTENSION OF BRIEFING SCHEDULE**

---

THE COURT, having reviewed the Joint Request for Extension of Briefing Schedule and all related pleadings, and being sufficiently advised in the premises,

Hereby GRANTS the Joint Request for Extension of Briefing Schedule and Orders that all parties shall have up to and including March 23, 2007 within which to file opening briefs, up to and including March 23, 2007 to file Response briefs and up to and including March 30, 2007 to file Reply briefs.

DONE this 16th day of March, 2007.

BY THE COURT:

s/Gudrun Rice

_____

Magistrate Judge