UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, DAVID BAGG, DENISE BAGG, BENNETT CONSTRUCTION, INC., LARRY W. BENNETT, JOHN J. BENNETT, BURKE CONSTRUCTION CO., INC., W.D. CHRISTIANSON, CHUCK LOPEZ CONSTRUCTION, INC., LAWANA J. LOPEZ, ROUNE M. BROWN, GARY DERUSH, CARL ROLLER, FRED BISHOP ENTERPRISES, INC., FRED W. BISHOP III, STEVEN HEINEMANS, TODD HOLGATE, INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC., WILLIAM J. FITZGERALD, J.G. MOLZAHN CONSTRUCTION, INC., JEERY G. MOLZAHN, LINDA L.MOLZAHN, JARED P. MOLZAHN, DARRIN R. WADE, CHRIS KENDRICK D/B/A CHRIS KENDRICK CONSTRUCTION,G. JAMES CAAN HOOPER, DANIEL C. HOOPER, MAVES CONSTRUCTION, INC., MIKE MAVES CONSTRUCTION, CO., MICHAEL D. MAVES, MATTHEW L. CHAMBERLAIN, MERRITT CONSTRUCTION, INC., MERRITT L. SIXBY, JR.,SUSAN MARIE SIXBY, PRUETT HOMES,LLC, M. BRENT PRUETT, JULIE A. PRUETT, JOE LABATO, ROAN CLIFF CORPORATION, CHERI JO WITT-BROWN, BRIAN ALBERT HURFORD, CRAIG M. GRANLUND, CRAIG J.CHERRY, PAUL RIENSHE, S & J CONSTRUCTION, INC., ANTON ENGLBRECHET, GARYL. POUSH, SANDRA L. DORR, SIGUR C. STAVRAN, STONE CREEK HOMES, INC., LAUREN J. WHITE, ROBERT A. WHITE, TRIPLE D. HOMES.

    Defendants.

**ORDER GRANTING DEFENDANTS' EXPEDITED MOTION TO COMPEL PRODUCTION OF PLAINTIFF'S BUILDERS SETS OF PLANS**

The Expedited Motion to Compel is granted for good cause shown. Builders sets of plans as set forth in Motion to be produced by March 23, 2007.

DONE this 16th day of March, 2007.

BY THE COURT:

s/Gudrun Rice

———————————————————

Magistrate Judge