IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and
ROBERT A. WHITE,
    Defendants.

**ORDER**

THIS MATTER comes before the Court on Defendants' Motion to Change Location of Trial [# 434], filed March 22, 2007.  Specifically, the Defendants request that the Court change the location of the trial in the above-captioned case from the United States District Court, District of Colorado in Denver, Colorado to the United States District Court, District of Colorado in Grand Junction, Colorado.  In support of this motion, Defendants state that the majority of the named Defendants in this action reside in Grand Junction, Colorado or the surrounding area.  Further, the alleged improper conduct forming the basis of the Plaintiff's Complaint occurred in Grand Junction, Colorado.  On April 5, 2007, Plaintiff filed a response to Defendants' motion.  In its response, Plaintiff states that it does not oppose this motion so long as Plaintiff is permitted to use any necessary electronic equipment at trial.  After carefully considering the pleadings in this matter, I find that Defendants' motion should be granted pursuant to 28 U.S.C. § 1404(c).  Accordingly, it is

ORDERED that Defendants' Motion to Change Location of Trial [# 434], filed March 22, 2007, is **GRANTED**.  It is

FURTHER ORDERED that the trial in the above-captioned matter shall be held in Grand Junction, Colorado at the court house in that location.  It is

FURTHER ORDERED that Plaintiff is permitted to use any necessary electronic equipment at trial.

Dated: April 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge