IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN RICE

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC; et al.,

    Defendants.

## MINUTE ORDER

    The Unopposed Motion for entry of the Proposed Stipulated Protective Order is granted.

    The Proposed Stipulated Protective Order is entered and made an order of this court.

    Dated this 09th day of April, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge