UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, DAVID BAGG, DENISE BAGG, BENNETT CONSTRUCTION, INC., LARRY W. BENNETT, JOHN J. BENNETT, FRED BISHOP ENTERPRISES, INC., FRED W. BISHOP III, STEVEN HEINEMANS, TODD HOLGATE, INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC., WILLIAM J. FITZGERALD, CHRIS KENDRICK D/B/A CHRIS KENDRICK CONSTRUCTION, MERRITT CONSTRUCTION, INC., MERRITT L. SIXBY, JR., SUSAN MARIE SIXBY, ROAN CLIFF CORPORATION, CHERI JO WITT-BROWN, BRIAN ALBERT HURFORD, CRAIG M. GRANLUND, CRAIG J. CHERRY, PAUL RIENSHE, S & J CONSTRUCTION, INC., ANTON ENGLBRECHT, SERRA CONSTRUCTION, INC., GARY L. POUSH, SANDRA L. DORR, STONE CREEK HOMES, INC., LAUREN J. WHITE, ROBERT A. WHITE.

    Defendants.

## ORDER RE: MOTION TO COMPEL (#351)

THE COURT, having heard and fully considered Defendant Fred Bishop Enterprises, Inc. Motion to Compel Further Responses to Fred Bishop Enterprises, Inc.'s First Set of Interrogatories and First Set of Requests for Production of Documents and things to Plaintiff Home Design Services, Inc.

Hereby GRANTS-IN-PART and DENIES-IN-PART as MOOT the Motion to Compel (#351).

Defendant's Motion to Compel (#351) is GRANTED as to interrogatory number

1, as limited below.  Defendant is to serve an amended interrogatory requesting Plaintiff identify "any and all elements of each of Plaintiff's designs that are 'original.'"  Plaintiff is to consider the interrogatory already asked and serve responses to the interrogatory within thirty (30) days of June 20, 2007.

Defendant's Motion to Compel (#351) is GRANTED as to interrogatory number 14, as limited below.  Plaintiff is to serve supplemental responses identifying any and all lawsuits involving Plaintiff's Designs (*i.e.,* the designs Plaintiff alleges are infringed) within the last five (5) years by caption, case number and location within thirty (30) days of June 20, 2007.

Defendant's Motion to Compel (#351) is GRANTED as to interrogatory number 15, as limited below.  Plaintiff is to serve supplemental responses identifying to the extent possible the date of first sale for each of Plaintiff's Designs as set forth in Plaintiff's prior testimony, Plaintiff's knowledge and/or records in Plaintiff's possession within thirty (30) days of June 20, 2007.

Defendant's Motion to Compel (#351) is GRANTED as to interrogatory number 16, as limited below.  Plaintiff is to serve supplemental responses identifying to the extent possible the date and/or location that each of Plaintiff's Designs was first constructed by Plaintiff or a third party as set forth in Plaintiff's prior testimony, Plaintiff's knowledge and/or records in Plaintiff's possession within thirty (30) days of June 20, 2007.

Defendant's Motion to Compel (#351) is DENIED-IN-PART as MOOT with respect to interrogatory numbers 2, 5, 6 and 13 and Request for Production numbers 12, 14, 20 and 23.

DONE this 10th day of July, 2007.

                                              BY THE COURT:

                                              s/ Gudrun J. Rice
                                              _____
                                              Gudrun J. Rice
                                              United States Magistrate Judge