IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and
ROBERT A. WHITE,
    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

Plaintiff's Final Motion for Extension of Time to serve Reply to Defendants' Response to Plaintiff's Motion to Strike Portions of Defendants' Reply, or in the alternative, for leave to file Surreply [Docket #535] is **GRANTED**. In accordance therewith, Plaintiff has until on or before **July 18, 2007** to file its Reply. No further extensions will be granted absent extraordinary circumstances.

Further, Plaintiff's Motion to Supplement Response to Defendants' Summary Judgment Motion [Docket #534] is **GRANTED**.

Dated:  July 13, 2007