IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP, III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR.,
SUSAN MARIE SIXBEY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
ANTON ENGLBRECHT,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE, and
ROBERT A. WHITE,

    Defendants.

### COURT'S ORDER RE JUNE 20, 2007 HEARING / DEFENDANTS' BRIEF IN SUPPORT OF DISCOVERABILITY OF PLAINTIFF'S ACTUAL DAMAGES [DKT NO. 382]

The Court held a hearing on June 20, 2007 regarding Dkt No. 382, concerning Defendants' request for Plaintiff's actual damages. The Court, after reviewing the parties' briefs and holding a hearing regarding Dkt No. 382 with all counsel present, finds as follows:

A. Defendants' Motion is denied in part. At this juncture, the Court restricts discovery of Plaintiff's actual damages solely to the plans at issue in Plaintiff's Amended Complaint [Dkt No. 353] from 2003 forward as described below;

B. Plaintiff shall provide Defendants, within thirty (30) days of June 20, 2007, a list of all plan sales prices from 2003 forward for the plans at issue as identified in Plaintiff's Amended Complaint [Dkt No. 353];

C. Plaintiff shall further provide hourly rates for design fees from 2003 forward, and any supporting documentation thereof for the plans at issue in Dkt No. 353 also within thirty (30) days of June 20, 2007;

D. Defendants shall have fifteen days after the date Plaintiff provides B and C above to supplement their expert reports, as appropriate; and

E. Upon additional evidence or argument presented by Defendants supporting further inquiry of Plaintiff's actual damages substantiation, Defendants may move the Court for reconsideration of this Order.

DONE this 19th of July, 2007.

BY THE COURT:

_____
Magistrate Judge Gudrun Rice