IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

B&B CUSTOM HOMES, LLC;
DAVID BAGG;
DENISE BAGG;
BENNETT CONSTRUCTION, INC.;
LARRY W. BENNETT;
JOHN J. BENNETT;
FRED BISHOP ENTERPRISES, INC.;
FRED W. BISHOP, III;
INFINITY BUILDERS, INC., f/k/a CASTLE HOMES, INC.;
WILLIAM J. FITZGERALD;
MERRITT CONSTRUCTION, INC.;
MERRIT L. SIXBY, JR.;
SUSAN MARIE SIXBY;
ROAN CLIFF CORPORATION;
CHERI JO WITT-BROWN;
BRIAN ALBERT HURFORD;
CRAIG M. GRANLUND;
CRAIG J. CHERRY;
PAUL RIENSHE;
S & J CONSTRUCTION, INC.;
ANTON ENGLBRECHET;
SERRA CONSTRUCTION, INC.;
GARY L. POUSH;
SANDRA L. DORR;
STONE CREEK HOMES, INC.;
LAUREN J. WHITE; and
ROBERT A. WHITE,
     Defendants.

**ORDER OF DISMISSAL OF PARTIES WITHOUT PREJUDICE**

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Docket # 541], filed July 20, 2007.  After a careful consideration of the file in the case, I find that the notice should be **APPROVED**.  Accordingly, it is

ORDERED that  Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Docket # 541] is **APPROVED** and Defendants S & J Construction, Inc., Stephen Stremel, and Julianne Stremel are **DISMISSED WITHOUT PREJUDICE** from this action.

Dated:  July 20, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge