IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion for Leave to File Summary Judgment Motion [# 555], filed July 31, 2007, is **GRANTED.**  Defendants Merritt Construction, Inc., Merritt L. Sixbey, and Susan Marie Sixbey's Motion for Partial Summary Judgment and Motion for Attorneys' Fees [# 556], filed July 31, 2007, is accepted for filing.  Plaintiff shall file a timely response.

    Dated:  August 1, 2007