IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

---

## ORDER OF DISMISSAL OF PARTIES WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [# 558], filed August 1, 2007.  After carefully reviewing the file in the above-captioned matter, I find that this notice should be approved.  Accordingly, it is

ORDERED that the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [# 558], filed August 1, 2007, is **APPROVED**.  It is

FURTHER ORDERED that Count XV of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Defendants Merritt Construction, Inc., Merritt L. Sixbey, Jr., and Susan Marie Sixbey are **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Defendants Merritt Construction, Inc., Merritt L. Sixbey, and Susan Marie Sixbey's Motion for Partial Summary Judgment and Motion for

Attorneys' Fees [# 556], filed July 31, 2007, is **DENIED WITHOUT PREJUDICE**.

Dated: August 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge