UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC., FRED W. BISHOP III,
INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBY, JR., SUSAN MARIE SIXBY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
ANTON ENGLBRECHT,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE, ROBERT A. WHITE.

    Defendants.

## ORDER RE: STIPULATED MOTION TO AMEND THE
## REVISED SCHEDULING ORDER

THE COURT, having heard and fully considered, the parties' Stipulated Motion to Amend the Revised Scheduling Order, the Court hereby:

    a.    Vacates the current dispositive motion and pretrial dates;

b. Orders the parties to appear at a Status Conference to set remaining discovery, dispositive motion and pretrial deadlines. The Court will set this Status Conference at a date and time within fifteen (15) days of the Court's rulings on the last of the Defendants' three dispositive motions. Counsel for Plaintiff shall advise the Chambers of the Magistrate Judge, within 15 days of the Court's rulings on the last of the Defendants' three dispositive motions that the matter is ripe for setting a Status Conference; and

c. Extends the current discovery deadlines with respect to depositions of Plaintiff's employees, Plaintiff's experts, Defendants' experts and third parties, as well as any additional depositions required by the Court's rulings on Defendants' three dispositive motions to a date to be determined at the next Status Conference.

Dated this 6th day of August, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge