IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

---

## ORDER

THIS MATTER comes before the Court on Defendants' Motion for Reconsideration [# 565], filed August 9, 2007 and Plaintiff's Motion for Reconsideration [# 571], filed August 10, 2007.  After carefully reviewing the above-captioned case, motions, and responses, I find that these motions should be granted.  Accordingly, it is

ORDERED that Defendants' Motion for Reconsideration [# 565], filed August 9, 2007 and Plaintiff's Motion for Reconsideration [# 571], filed August 10, 2007 are **GRANTED** as to the following relief:

    1.    My Order of Dismissal of Parties Without Prejudice [# 559], filed August 2, 2007, is hereby **VACATED.**

    2.    Defendants' Motion for Partial Summary Judgment and Motion for Attorney's Fees [# 556] is pending before the Court, and the Plaintiff is ordered to respond within (20) twenty days of this Order.

Dated:  August 14, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge