IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No.06-cv-00249-WYD-GJR

Home Design Services, Inc.,

    Plaintiff,

v.

B&B Custom Homes, LLC, et al

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN RICE
DATED: October 04, 2007

    THE COURT, having considered Defendants' Motion to join [Doc 553] co-defendants Motion for Sanctions [Doc 550],

    Hereby **GRANTS** the Defendants' Motion to Join Co-defendants Motion for Sanctions [Doc 553].