UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC., FRED W. BISHOP III,
INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBY, JR., SUSAN MARIE SIXBY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
STEVE STREMEL,
JULIANNE STREMEL,
ALTON ENGLEBRECHET,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,

    Defendants.

**ORDER GRANTING STIPULATED, EXPEDITED
MOTION TO EXTEND DEPOSITION LENGTH**

THIS MATTER comes before the Court on Plaintiff and Defendants' Stipulated,

Expedited Motion To Extend Deposition Length, and the Court, having reviewed the

Motion and being otherwise fully advised, it is hereby ordered that the Stipulated Motion

is GRANTED.

All parties are granted additional time, allowing a total of four (4) days, to conduct the deposition of AUTODRAFT DESIGN, INC., commencing on November 7 and 8, 2007.

Dated this 12th day of October, 2007.

BY THE COURT:

s/ Gudrun J. Rice

---

Gudrun J. Rice
United States Magistrate Judge