UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR., SUSAN MARIE SIXBEY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
ANTON ENGLBRECHT,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE, and
ROBERT A. WHITE,

    Defendants.

---

**ORDER STAYING AND GRANTING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Doc 506)**

---

Defendants B&B Custom Homes, LLC, David Bagg, Denise Bagg, Bennett Construction, Inc., John J. Bennett, Larry W. Bennett, Fred Bishop Enterprises, Inc., Fred


W. Bishop, III, Merritt Construction, Inc., Merritt L. Sixbey, Jr., Susan Marie Sixbey, Anton Englbrecht, Serra Construction, Inc., Gary L. Poush, Sandra L. Dorr, Infinity Builders, Inc. f/k/a Castle Homes, Inc., and William J. Fitzgerald have moved for a Protective Order (Doc 506) concerning Plaintiff's subpoena served on the Bank of Colorado on May 24, 2007.

After hearing in Grand Junction, Colorado on October 25, 2007 and having considered the arguments of counsel, the Court STAYS determination of the Defendants' Motion for Protective Order concerning Plaintiff's subpoena served on the Bank of Colorado on May 24, 2007 and STAYS the subpoena served on the Bank of Colorado, pending determination of the Motion and until further order of Court.

The Court GRANTS, in part, Defendants' Motion for Protective Order, by ordering the Plaintiff Home Design Services to produce to all counsel of record any other subpoenas served to date and any documents produced to Plaintiff Home Design Services in conjunction with non-party subpoenas.

The Court further GRANTS, in part, the Defendants' Motion for Protective Order by ordering the Plaintiff Home Design Services to provide prior notice of any commanded production of documents and things or inspection of premises before trial, in compliance with F.R.Civ.P. Rule 45(b)(1). (*Butler v. Biocore Medical Technologies, Inc.* 348 F.3d 1163, 1173 (10th Cir. 2003)).

DATED this 1st day of November, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge