IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP, III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR.,
SUSAN MARIE SIXBEY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
ANTON ENGLBRECHT,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE, and
ROBERT A. WHITE,

    Defendants.
_____

**ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Doc 580)**
_____

THIS MATTER having come before the Court on October 25, 2007, on the following:

- Defendants' Motion for Protective Order [Dkt. Nos. 506 & 507],[1] Plaintiff's Response [Dkt. No. 537], and Defendants' Reply [Dkt. No. 552];

- Defendants' Motion for Protective Order [Dkt. No. 580], Plaintiff's Response [Dkt. No. 591], and Defendants' Reply [Dkt. No. 607]; and

- Memorandum of Law in Support of Plaintiff's Discovery Requests [Dkt. No. 381], Defendants' Response [Dkt. No. 394], and Plaintiff's Reply [Dkt. No. 466].

The Court being fully advised in the premises, IT IS HEREBY ORDERED as follows:

a. The Court finds good cause to permit Plaintiff to conduct discovery from the Defendants, and third parties if Plaintiff deems it necessary, regarding all homes built by the Defendants, regardless of whether such homes were contained on the January 2007 lists referenced by the parties, or involve one of Plaintiff's plans identified in the Amended Complaint. Therefore, Defendants' Motion for Protective Order [Dkt. No. 580] is DENIED. In accordance with the parties' agreement, Defendants shall make available for inspection and copying all preliminary, intermediate and final architectural plans, specifications, sketches, drawings, visual representations, house plans, construction plans, elevations, renderings, floor plans, site-plans, red-line sketches, and CAD files for all residences built, under construction, under contract, designed, proposed,

---

[1] The Roan Cliff Defendants filed a Joinder to this Motion [Dkt. No. 515].

drawn, sold, or anticipated to be built by any of the Defendants since January 1, 1996 (hereinafter collectively referred to as the "Plans").

  b. Plaintiff is entitled to inquire at the upcoming deposition of Autodraft Design, LLC, as to all homes and Plans designed by Autodraft, and/or built, or to be built, by any of the Defendants.

  c. To the extent Defendants do not have Plans, Plaintiff shall coordinate with the Defendants, and the Bank of Colorado, an agreeable process for securing any Plans from the Bank of Colorado.

  d. To the extent Defendants and the Bank of Colorado do not have any Plans, Plaintiff is entitled to issue subpoenas to any third party to obtain copies of such Plans.

  e. Within 45 days of receiving any Plans, Plaintiff shall notify the Defendants in writing as to whether any such Plans are suspected to be an infringement that will be used or included in this litigation. As to those Plans so identified by the Plaintiff, Defendants shall permit Plaintiff to conduct any further discovery that is relevant to such Plans.

  f. In view of the above, the Court stays ruling on whether, and to what extent, the Bank of Colorado needs to comply with the subject Amended Subpoena. [See Order entered November 1, 2007 (Doc. 615)]

Dated this 2nd day of November, 2007.

            BY THE COURT:

            s/ Gudrun J. Rice
            _____
            Gudrun J. Rice
            United States Magistrate Judge