UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR., SUSAN MARIE SIXBEY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
ANTON ENGLBRECHT,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE, and
ROBERT A. WHITE,

    Defendants.

**ORDER STAYING AND GRANTING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Doc 507)**

On June 19, 2007 Defendants filed a Motion for Protective Order. The Motion was given two (2) docket numbers: Doc #506 and Doc #507.

On November 1, 2007 this Court entered an Order (Doc #615) staying and granting in part the Defendants' Motion for Protective Order (Doc #506).

The Court hereby adopts the Order entered on November 1, 2007, incorporated herein as reference with regard to the Defendants' Motion for Protective Order and Stays and Grants in part Defendants' Motion for Protective Order docketed as #507.

DATED this 5th day of November, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge