IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Denise Bagg's Motion for Leave to File Supplement to Individual Defendants' Motion for Summary Judgment (docket #624), is **GRANTED.** Defendant Denise Bagg may file her supplement no later than ten days after the filing of this Order. Accordingly, the Plaintiff may file a response no later than twenty days after the filing of the supplement. No reply will be accepted.

    Dated: November 13, 2007