UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. **06-cv-00249-WYD-GJR**

HOME DESIGN SERVICES, INC.,

        Plaintiff,

vs.

B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP, ENTERPRISES, INC.,
FRED W. BISHOP, III,
INFINITY BUILDERS, INC. F/K/A CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR.,
SUSAN MARIE SIXBEY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
STEVE STREMEL,
JULIANNE STREMEL,
ANTON ENGLBRECHET,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,

        Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File

1

Confidential Tax Information Under Seal, and Memorandum of Law in Support, Doc. # **632**

Having reviewed the Motion and being otherwise fully advised, it is hereby ORDERED that Plaintiff's Motion is GRANTED and the Clerk of Court is hereby instructed to file Exhibit #3 to Plaintiff's Response and Supporting Memorandum in Opposition to Defendant, Denise Bagg's, Supplement to Individual Defendants' Motion for Summary Judgment, under seal.

Dated: **December 7**, 2007.

BY THE COURT:

*Judith J Rue*
US Magistrate Judge