IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

---

# ORDER

---

THIS MATTER comes before the Court on the Joint Motion for Voluntary Dismissal of Defendant Anton Englbrecht (docket #631), filed November 30, 2007. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this joint motion should be granted. Accordingly, it is

ORDERED that the Joint Motion for Voluntary Dismissal of Defendant Anton Englbrecht (docket #631) is **GRANTED** and Defendant Anton Englbrecht is **DISMISSED WITH PREJUDICE** from this action, each party to bear its own costs and fees. It is

FURTHER ORDERED that the Clerk of the Court shall amend the caption to reflect this change. It is

FURTHER ORDERED that the Court shall specifically retain jurisdiction to enforce the terms of the Settlement Agreement and Release previously entered into by

the Plaintiff and Defendant Anton Englbrecht.

Dated: December 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge