UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC., WILLIAM
J. FITZGERALD,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,

    Defendants.
_____

## ORDER
_____

    THIS MATTER comes before the Court on the Defendants' Motion to File Under Seal, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and the Court hereby accepts for filing Defendants Motion to File Under Seal.

Dated this 4th day of April, 2008

                         BY THE COURT:

                         s/ Gudrun J. Rice
                         _____
                         Gudrun J. Rice
                         U.S. Magistrate Judge