UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,
v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC., WILLIAM
J. FITZGERALD,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,

    Defendants.
_____

**ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO RESPOND (Doc 733)**
_____

THIS MATTER comes before the Court on the Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration Regarding the Discoverability of Plaintiff's Litigation Revenue (Doc 708).

Having reviewed the Motion and being otherwise fully advised, it is here ORDERED that

Plaintiff is granted through and including April 25, 2008 within which to serve a Response to Defendants' Motion for Reconsideration Regarding the Discoverability of Plaintiff's Litigation Revenue (Doc 708).

Defendants' reply shall be due May 5, 2008.

Dated this 21st day of April, 2008

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
U.S. Magistrate Judge