UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. **06-cv-00249-WYD-GJR**

Home Design Services, Inc.,

            Plaintiff,

vs.

B&B Custom Homes, LLC,
David Bagg,
Denise Bagg,
Bennett Construction, Inc.,
Larry W. Bennett,
John J. Bennett,
Fred Bishop, Enterprises, Inc.,
Fred W. Bishop, III,
Infinity Builders, Inc. f/k/a Castle Homes, Inc.,
William J. Fitzgerald,
Merritt Construction, Inc.,
Merritt L. Sixbey, Jr.,
Susan Marie Sixbey,
Roan Cliff Corporation,
Cheri Jo Witt-Brown,
Brian Albert Hurford,
Craig M. Granlund,
Craig J. Cherry,
Paul Rienshe,
S & J Construction, Inc.,
Steve Stremel,
Julianne Stremel,
Anton Englbrechet,
Serra Construction, Inc.,
Gary L. Poush,
Sandra L. Dorr,

            Defendants.

## **ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to

Respond to Defendants' Motion to Compel Production of Documents Related to Plaintiff's Alleged Charitable Donation of Litigation-Related Revenue [Doc. #709].

Having reviewed the Motion and being otherwise fully advised, it is hereby ORDERED that the Motion is granted and Plaintiff is granted an additional three (3) days, through and including April 28, 2008, within which to serve a Response to Defendants' Motion to Compel Production of Documents Related to Plaintiff's Alleged Charitable Donation of Litigation-Related Revenue [Doc. #709].

Dated: April 24, 2008.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge

Copies to:
All on Distribution List

## DISTRIBUTION LIST

David Brian Abramowitz, dabramowitz@lockelord.com
Brett D. Chardavoyne, bdc@thlf.com
Anthony R. Clapp, tclapp@hkjp.com
Connor Lee Cantrell, clc@thlf.com
Gregory Giometti, ggiometti@giomettilaw.com
Adam Kehrli, akehrli@giomettilaw.com
Laura A. Tighe, ltighe@bayerlaw.com
Thomas C. Volkmann, tcvolkmann@bresnan.net,

O:\Lawhon Documents\Home Design Services\Bishop\Order on mtn for ext  4-24-8.wpd