IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 06-cv-00249-WYD-GJR
Date: May 05, 2008

Clerk: Micki Spolar
Recorder: FTR GJR AM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

---

## MOTIONS HEARING

---

Court in Session: 2:11 p.m.

Court calls case and appearances of counsel.

Appearances of Counsel: In person, Brett Chardavoyne and Tom Volkmann. By phone, Laura Tighe and Jason Nash for defendants, Anthony Lawhon for plaintiff.

Motions considered:
(Doc. No. 708) Defendants' Motion for Reconsideration regarding the Discoverability of Plaintiff's Litigation Revenue.
(Doc. No. 709) Defendants' Motion to Compel Production of Documents Related to Plaintiff's Alleged Charitable Donation of Litigation-Related Revenue.

Court heard argument of counsel on Defendants' Motions and Plaintiff's response argument.

Court's comments.

Court takes under advisement Defendants' Motion for Reconsideration regarding the Discoverability of Plaintiff's Litigation Revenue.

**ORDERED:** (Doc. No. 709) Defendants' Motion to Compel Production of Documents Related to Plaintiff's Alleged Charitable Donation of Litigation-Related Revenue is DENIED.

Hearing Concluded
Court in Recess: 3:06 p.m.

Time in Court: 54 minutes