IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

---

**ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE**

---

    THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #755), filed May 6, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendants Roan Cliff Corporation, Cheri Jo Witt-Brown, Craig Granlund, Craig Cherry, and Brian Hurford should be **DISMISSED WITH PREJUDICE** from this action. Plaintiff's claims remain pending against the remaining Defendants in this case. Accordingly, it is

    ORDERED that the Stipulation for Dismissal With Prejudice (docket #755), is **APPROVED**, and Defendants Roan Cliff Corporation, Cheri Jo Witt-Brown, Craig Granlund, Craig Cherry, and Brian Hurford are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. It is

    FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect this dismissal.

Dated: May 14, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge