IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP, III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR.,
SUSAN MARIE SIXBEY,
ROAN CLIFF CORPORATION,
CHERI JO WITT-BROWN,
BRIAN ALBERT HURFORD,
CRAIG M. GRANLUND,
CRAIG J. CHERRY,
PAUL RIENSHE,
S & J CONSTRUCTION, INC.,
ANTON ENGLBRECHET,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,
STONE CREEK HOMES, INC.,
LAUREN J. WHITE, and
ROBERT A. WHITE,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court upon Defendants' Unopposed Motion for Leave to File Excess Pages, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Defendants may file a fourteen-page Response in Opposition to Plaintiff's Expedited Motion to Challenge Defendants' Confidentiality Designation.

Dated this 27th day of May, 2008.

BY THE COURT:

*Gudrun J. Rice*

U.S. Magistrate Judge, G. Rice