UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP, III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD
MERRITT CONSTRUCTION, INC
MERRITT L. SIXBEY, JR.
SUSAN MARIE SIXBEY
PAUL RIENSHE,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,

      Defendants.

_____

**ORDER DENYING DEFENDANTS' MOTION TO COMPEL (docket # 709)**
_____

The Defendants' Motion to Compel Production of Documents Related to Plaintiff's Alleged Charitable Donation of Litigation-Related Revenue (docket # 709) filed with the Court on March 19, 2008 is **DENIED** for reasons more fully stated on the record at hearing in this matter on May 5, 2008 in Grand Junction, Colorado.

Dated this 30th day of May, 2008

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
U.S. Magistrate Judge