UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
MERRITT CONSTRUCTION, INC.,
MERRITT L. SIXBEY, JR.,
SUSAN MARIE SIXBEY,
PAUL RIENSHE,
SERRA CONSTRUCTION, INC.,
GARY L. POUSH,
SANDRA L. DORR,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (docket # 702)

---

This matter comes on for consideration of the Plaintiff's Motion for Leave to File Second Amended Complaint (docket # 702), filed with the Court on March 14, 2008. The Defendants objected to the Plaintiff's Motion by Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (docket # 723)[1] filed with the court on April 3, 2008. The

---

[1] Defendants filed, in opposition to Plaintiff's Motion for Leave to File Second Amended Complaint, their Response entitled "Defendants' Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint and Defendants' Partial Motion to Dismiss Pursuant to Fed.R.Civ.P.41" (docket # 723) Defendants and their counsel recognize the requirement in D.C.COLO.LCivR 7.1© that "a motion shall not be included in a

Plaintiff has filed no reply.

I consider the matter fully briefed. Oral argument was not requested nor deemed necessary for the resolution of this dispute.

After consideration of the Plaintiff's Motion and the Objections by the Defendants, I hereby GRANT the Plaintiff's Motion for Leave to File Second Amended Complaint.

The initial Complaint (docket # 1) in this action for copyright infringement was filed on February 14, 2006. An amended Complaint (docket # 353) was filed with the Court on December 29, 2006. The Plaintiff now seeks to file a second amended complaint, adding additional claims of infringement of Plaintiff's copyrighted plans, discovered through the course of discovery, and adding two additional parties, Disraeli Development, Inc. and Samuel Baldwin, whom the Plaintiff asserts are necessary parties to resolve all issues arising from the alleged infringements. Plaintiff Home Design Services asserts that, absent amendment, the Plaintiff would be obliged to file additional suits, causing unnecessary burden not only to Plaintiff but to the Court.

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend "shall be freely given when justice so requires." Leave shall be "freely given," as the Rule requires, unless the opposing party can demonstrate undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by amendments previously allowed or undue prejudice to the opposing party. *Foman v. Davis*, 371 U.S. 178, 182 (1962)

The Defendants have not demonstrated, in their Response in opposition, that leave should not be "freely given."

---

response or reply to the original motion. A motion shall be made in a separate paper." Defendants shall comply with D.C.COLO.L.CivR 7.1(C)

The deadline for amendments and joinder of the parties was March 14, 2008. (docket # 684)  The Motion for leave to file seconded amended complaint, filed on March 14, 2008, was timely filed.

Therefore, it is hereby ORDERED that the Plaintiff shall be given leave to file its Second Amended Complaint.  The Second Amended Complaint, tendered to the Court on March 14, 2008 as an attachment to the Motion for Leave to File Second Amended Complaint (docket # 702-2), shall be filed with the Court and considered together with the Exhibits filed with the Court as a Supplement on March 17, 2008. (docket # 704)

Dated this 30th day of May, 2008.

BY THE COURT:

s/ Gudrun J. Rice

_____
Gudrun J. Rice
U.S. Magistrate Judge