IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC, et al.,

    Defendants.

**ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE**

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #801), filed July 15, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendants Serra Construction, Inc., Gary L. Poush, and Sandra L. Dorr should be **DISMISSED WITH PREJUDICE** from this action. Plaintiff's claims remain pending against the remaining Defendants in this case. Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (docket #801), is **APPROVED**, and Defendants Serra Construction, Inc., Gary L. Poush, and Sandra L. Dorr are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. It is

FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release previously entered into by these parties.

FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect this dismissal.

Dated: July 18, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge