UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,
PAUL RIENSCHE,

    Defendants.

---

**ORDER RE: STIPULATED MOTION TO STAY DISCOVERY
AND OTHER PROCEEDINGS (docket # 809)**

---

It is hereby ordered, on stipulation of the parties and for good cause shown, that the parties be allowed to stay discovery currently scheduled during July and August, stay the filing of Plaintiff's Responses to Docket #s 788, 789, 791 and 792, and stay all other obligations contained in the Second Revised Scheduling Order, all so that the parties can substantively engage in settlement discussions.

DATED this 6th day of August, 2008.

                                    BY THE COURT:

                                    s/ Gudrun J. Rice

                                    Gudrun J. Rice
                                    United States Magistrate Judge