UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

       Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,

       Defendants.

## ORDER RE:  DENYING MOTION TO AMEND/CORRECT/MODIFY (docket # 811)

On July 29, 2008 Jonathan Lee Riches filed a document (Docket # 811) with the Court designated:  Motion For Reconsideration & Clarification, Motion to Intervene as Plaintiff under Fed.R.Civ.P. Rule 24(A)2, 24(B) (*sic*) and Motion to Amend Complaint.

The document (Docket # 811) has been docketed and designated as a Motion to Intervene, a Motion to Clarify, a Motion for Reconsideration and a Motion to Amend/Correct/Modify.

On August 11, 2008 Plaintiff Home Design Services, Inc. filed a Response. (Docket # 817)   No other pleadings have been filed.

### MOTION TO AMEND/CORRECT/MODIFY

Jonathan Lee Riches has filed, *pro se*, a motion designated, *inter alia*, a Motion to Amend, Correct or Modify.

## FINDINGS

Riches is not a party to this action.

Riches has not intervened in this action, either as a matter of right or permissively.

Riches has failed to comply with D.C.Colo.L.Civ.R 7.1 by failing, before filing, to confer or to make a reasonable, good faith effort to confer with opposing counsel.

Not only has Riches failed to confer and comply with Local Rule 7.1, Riches has failed to inform the Court what pleading he seeks to amend, correct or modify.

Rule 15 of the Federal Rules of Civil Procedure provides that a **party** (emphasis added) may amend a pleading.

Jonathan Lee Riches has no standing to amend a pleading nor has he shown any grounds to amend, correct or modify any pleading filed in this matter .

## ORDER

Wherefore, for the above stated reasons, it is hereby ORDERED that the Motion to Amend, Correct or Modify be DENIED.

DONE this 03rd day of October, 2008.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge