UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,

    Defendants.

## ORDER DENYING MOTION FOR RECONSIDERATION (docket # 811)

On July 29, 2008 Jonathan Lee Riches filed a document (Docket # 811) with the Court designated: Motion For Reconsideration & Clarification, Motion to Intervene as Plaintiff under Fed.R.Civ.P. Rule 24(A)2, 24(B) (*sic*) and Motion to Amend Complaint.

The document (Docket # 811) has been docketed as a Motion to Intervene, a Motion to Clarify, a Motion for Reconsideration and a Motion to Amend/Correct/Modify.

On August 11, 2008 Plaintiff Home Design Services, Inc. filed a Response. (Docket # 817) No other pleadings have been filed.

## MOTION FOR RECONSIDERATION

Jonathan Lee Riches has filed, *pro se*, a motion designated, *inter alia*, as a Motion to Clarify.

## FINDINGS

Riches has failed to comply with D.C.Colo.L.Civ.R 7.1 by failing to confer or to make a

reasonable, good faith effort to confer with opposing counsel.

Not only has Riches failed to confer and comply with Local Rule 7.1, Riches fails to inform the court what should be reconsidered.

## ORDER

Wherefore, for the above stated reasons, it is hereby ORDERED that the Motion be DENIED.

DONE this 03rd day of October, 2008.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge