UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00249-WYD-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG, DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT, JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC.,
WILLIAM J. FITZGERALD,

    Defendants.

---

**ORDER DENYING MOTION TO CLARIFY (docket # 811)**

---

On July 29, 2008 Jonathan Lee Riches filed a document (Docket # 811) with the Court designated: Motion For Reconsideration & Clarification, Motion to Intervene as Plaintiff under Fed.R.Civ.P. Rule 24(A)2, 24(B) (*sic*) and Motion to Amend Complaint.

The document (Docket # 811) has been docketed as a Motion to Intervene, a Motion to Clarify, a Motion for Reconsideration and a Motion to Amend/Correct/Modify.

On August 11, 2008 Plaintiff Home Design Services, Inc. filed a Response. (Docket # 817)

### MOTION TO CLARIFY

Jonathan Lee Riches has filed, *pro se*, a motion designated, *inter alia*, as a Motion to Clarify.

### FINDINGS

Jonathan Lee Riches is a prisoner housed at FCI Williamsburg in Salters, South Carolina.

(Docket # 817-2, Memorandum Opinion of the Honorable Samuel G. Wilson, United States District Court Judge in the United States District Court for the Western District of Virginia, Roanoke Division).

Riches filed 21 civil actions in the United States District Court for the Western District of Virginia, Roanoke Division, which were dismissed by Judge Wilson by Memorandum Opinion dated February 12, 2008 and well over three prisoner civil rights complaints which were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. (Docket # 817-2, Memorandum Opinion of Judge Wilson).

Riches has failed to comply with D.C.Colo.L.Civ.R 7.1 by failing, before filing his motion, to confer or to make a reasonable, good faith effort to confer with opposing counsel.

Not only has Riches failed to confer and comply with Local Rule 7.1, Riches has not offered any grounds for his motion to clarify, nor does he advise the Court what he seeks to clarify.

**ORDER**

Wherefore, for the above stated reasons, it is hereby ORDERED that the Motion to Clarify be DENIED.

DONE this 03rd day of October, 2008.

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge