# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 06-cv-00249-CMA-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

B&B CUSTOM HOMES, LLC,
DAVID BAGG,
DENISE BAGG,
BENNETT CONSTRUCTION, INC.,
LARRY W. BENNETT,
JOHN J. BENNETT,
FRED BISHOP ENTERPRISES, INC.,
FRED W. BISHOP, III,
INFINITY BUILDERS, INC. f/k/a CASTLE HOMES, INC., and
WILLIAM J. FITZGERALD,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the following:

Doc. # 827, Stipulation for Dismissal With Prejudice, filed by Defendants B&B Custom Homes, LLC, David Bagg and Denise Bagg;

Doc. # 828, Stipulation for Dismissal With Prejudice, filed by Defendants Infinity Builders, Inc and William J. Fitzgerald;

Doc. # 829, Stipulation for Dismissal With Prejudice, filed by Defendants Fred Bishop Enterprises, Inc. and Fred W. Bishop, III; and

Doc. # 831, Stipulation for Dismissal With Prejudice, filed by Defendants Bennett Construction, Inc., Larry W. Bennett and John J. Bennett.

The Court having reviewed the file and being fully advised in the premises, notes that Plaintiff has now reached a stipulation for dismissal with all Defendants. It is, therefore,

ORDERED that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Bennett Defendants' Unopposed Motion for First Extension of Time to Submit Settlement Documents (Doc. # 830) is DENIED AS MOOT.

DATED: November  13 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge